Case 12-2249, Document 97, 05/29/2013, 950432, Page1 of 1

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand and thirteen.

Before: ROBERT D. SACK,
  DENNY CHIN,
  RAYMOND J. LOHIER, JR.,
  *Circuit Judges*.

_____

United States of America,

  Appellee,

  v.

David Rosen,

  Defendant - Appellant,

Carl Kruger, Richard Lipsky, Aaron Malinsky, Michael Turano, Solomon Kalish, Robert Aquino, William Boyland, Jr.,

  Defendants.

**JUDGMENT**
Docket No. 12-2249

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court